# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**TACHUNDA R. MARTIN**
**o/b/o M.A.M.,**

        **Petitioner,**

v.                           **CASE NO. 5:12-cv-100-RS-CJK**

**CAROLYN W. COLVIN**
**Commissioner of Social Security,**

        **Respondent.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Petitioner's Objections (Doc. 18). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The application for Supplemental Security Income benefits is **DENIED,** and the Commissioner's decision is **AFFIRMED**.

3. The clerk is directed to close the file.

**ORDERED** on September 24, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**